IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CV 80

| | |
|---|---|
| THE OKONITE COMPANY, INC., ) | |
| Individually and as assignee of RICKER ) | |
| TRUCKING COMPANY, LLC, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| GROVER CLAUDE GWYN, Individually ) | |
| and d/b/a GROVER GWYN TRUCKING, ) | |
| and GROVER GWYN TRUCKING, ) | |
| ) | |
|     Defendants. ) | |

**THIS MATTER** is before the Court on Jones P. Byrd's Application for Admission to Practice *Pro Hac Vice* of Sarah C. Mitchell. It appearing that Sarah C. Mitchell is a member in good standing with the State Bars of New Jersey, New York and Florida and will be appearing with Jones P. Byrd, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Jones P. Byrd's Application for

Admission to Practice *Pro Hac Vice* (#9) of Sarah C. Mitchell is **GRANTED**, and that Sarah C. Mitchell is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Jones P. Byrd.

Signed: November 7, 2014

Dennis L. Howell
United States Magistrate Judge